IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ERNEST BASSKNIGHT and EMMA BASSKNIGHT, | § § § | |
| Plaintiffs, | § § | |
| V. | § | Civil Action No. 3:12-cv-1412-M (BF) |
| | § | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for the Holders of GSAMP 2002-HE2, Mortgage Pass Through Certificates, Series 2002-HE2, and OCWEN LOAN SERVICING, LLC, | § § § § § § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated March 4, 2013, the Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. Defendants' joint Amended Motion to Dismiss for Failure to State a Claim pursuant to Fed. R. Civ. P. 12(b)(6) (Doc. 14) is DENIED without prejudice.

**SO ORDERED** this 26th day of March, 2013.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS