IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ERNEST BASSKNIGHT and<br>EMMA BASSKNIGHT,<br><br>    Plaintiffs,<br><br>V.<br><br>DEUTSCHE BANK NATIONAL TRUST<br>COMPANY, as Trustee for the Holders of<br>GSAMP 2002-HE2, Mortgage Pass Through<br>Certificates, Series 2002-HE2,<br>and OCWEN LOAN SERVICING, LLC,<br><br>    Defendants. | § § § § § § § § § § § § § § § | No. 3:12-CV-1412-M (BF) |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files, and records in this case, the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated October 29, 2014, and the Plaintiffs' Objections thereto, the Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court. Plaintiffs' Objections are overruled.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. Defendants' Motion for Summary Judgment (Doc. 44) is GRANTED in its entirety, and all of Plaintiffs' claims and causes of action are DISMISSED with prejudice.

**SO ORDERED** this 1st day of December, 2014.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS